In the Matter of Claim for Benefits under Article 18 of the Labor Law Made by STEPHEN P. TONRA, Claimant. ROBINS DRY DOCK & REPAIR COMPANY, Employer, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— This is an appeal by the Robins Dry Dock & Repair Company, employer, appellant, from a decision of the Unemployment Insurance Appeal Board affirming the decision of the claims reviewer holding that all money paid by the appellant pursuant to a stipulation in settlement of all claims of the claimant for " back wages " covering the period following a labor dispute during which claimant herein was without employment, constitutes " wages " as defined in the Unemployment Insurance Law. The evidence supports the decision of the Unemployment Insurance Appeal Board. Decision of the Unemployment Insurance Appeal Board unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

### (November 20, 1939.)

CATHERINE VENNARD, as Administratrix, etc., of PATRICK GORMLEY, Deceased, Respondent, v. ALBANY SAVINGS BANK, Appellant.— Decision (handed down November 15, 1939) amended so as to read as follows: Judgment reversed, on the law, without costs, and complaint dismissed, without costs. [See 257 App. Div. 789.] Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

### (November 22, 1939.)

ABE COHEN and JOSEPH COHEN, Respondents, v. LIZZIE COHEN and Others, Appellants.— Motions to dismiss appeals denied. Cross-motions to consolidate appeals granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

JENNIE DIAMOND, Appellant, v. HENRY DIAMOND, THE HENRY DIAMOND REALTY HOLDING CORPORATION, CLARA DIAMOND, Respondents, and SULLIVAN COUNTY TRUST Co., Defendant.— It appearing that the appellant is incompetent, the decision of the motion to dismiss the appeal is held awaiting the appointment of a committee. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

CHARLOTTE LIPKIND, Appellant, v. THOMAS R. WARD, FRED W. WHITE and HOME SAVINGS BANK OF THE CITY OF ALBANY, Respondents.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves record, on or before December 15, 1939, exchanges briefs by January 2, 1940, and is ready for argument at the term of this court commencing January 15, 1940, in which event the motion is denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Petitioner, for an Order of Certiorari Directed to the WATER POWER & CONTROL COMMISSION OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK; Re Water Supply Application No. 1270, Respondent; and COUNTY OF NASSAU, COUNTY OF SUFFOLK, NEW YORK WATER SERVICE CORPORATION and JAMAICA WATER SUPPLY COMPANY, Objectors, Respondents.— Motion by the Attorney-General for an order permitting the respondent The Water Power & Control Commission to amend their Return so as to include additional findings of fact. Motion granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.